United States District Court
Southern District of Texas
**ENTERED**
June 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| JOHN EDWARD BOILEAU, JR., AND ANGELA GAIL BOILEAU, § § § § Plaintiffs, § VS. § ROBALO BOATS LLC, AND ACTION § BOAT CENTER, LLC, § § Defendants. § | 3:23-CV-43 |

## **ORDER**

The court has been advised that a settlement has been reached between the plaintiff and the defendants. Dkt. 13. Accordingly, the court orders that all claims in the above-styled case are dismissed with prejudice to refiling, unless either party represents in a writing filed with the court on or before **Monday, August 14, 2023**, that the settlement could not be completely documented. If the parties wish the case disposed of on an agreed final judgment rather than this order, it must be submitted to the court on or before **Monday, August 14, 2023**.

Signed on Galveston Island this 14th day of June, 2023.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE